```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                           CASE NO. 07 B 03366
       DANNY SHELBY
       TAROL E SHELBY                                CHAPTER 13

                                                     JUDGE: MANUEL BARBOSA

                  Debtor
       SSN XXX-XX-4871      SSN XXX-XX-0369
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/27/07 and confirmed on 05/29/07.

   2.  The case was converted to Chapter 7 after confirmation, 09/16/2008.

   3.  The Debtor paid a total of $   6077.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 28729.25 | .00 | 3973.29 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 353.67 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED CREDITORS EXC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 251.87 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1061.20 | .00 | .00 |
| CUSTOM COLL SVC INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5941.89 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28729.25 | .00 | 7608.63 | .00 | 36337.88 |
| PRINCIPAL PAID | 3973.29 | .00 | .00 | .00 | 3973.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3973.29 | .00 | .00 | .00 | 3973.29 |

The Debtor's attorney, COSTELLO & COSTELLO        , was allowed $   3839.50
and was paid $   1126.00  direct and $   1889.25  through the plan.

The Trustee received $    214.46 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 07 B 03366 DANNY SHELBY & TAROL E SHELBY